UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

RE: SEARCH WARRANT )
246 Silas Gibson Drive ) Case No.: 2:19MJ0009
Big Stone Gap, VA 24219 )

## MOTION TO UNSEAL

The United States of America, by counsel, hereby moves the Court to enter an order unsealing a redacted copy of the above-referenced search warrant. The United States requests that the search warrant be unsealed at this time, as information contained therein is relevant to a matter currently pending in a Virginia state court and is needed for that court's consideration at an upcoming hearing. The United States further requests that a redacted copy be unsealed in order to protect the identity of a minor victim.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

M. Suzanne Kerney-Quillen
VSB No.: 66633
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov