**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**


| | | |
|---|---|---|
| **RE:  SEARCH WARRANT** | ) | |
| **246 Silas Gibson Drive** | ) | **Case No.:  2:19mj0009** |
| **Big Stone Gap, VA 24219** | ) | |

### ORDER

Upon motion by the Government, it is hereby ORDERED that a redacted copy of the above-referenced search warrant be unsealed.  A redacted copy shall be unsealed in order to protect the identity of a minor victim.

**ENTERED:** May 31, 2019.

s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE