AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19mj9 | Date and time warrant executed: 05/29/19 6:30 a.m. | Copy of warrant and inventory left with: Lamont Hamilton |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: See Attached FD-597 | | |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 30 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/30/2019

*Lydia Denise Adkins*
Executing officer's signature

Lydia Denise Adkins, Special Agent
Printed name and title

Returned to me this 30th day of May, 2019.

Pamela Meade Sargent
USMJ

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305G-RH-3036263

On (date): 05/29/2019

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Lamont Hamilton
(Street Address) 246 Silas Gibson Dr.,
(City) Big Stone Gap, Virginia

Description of Item(s):
1). One (1) Samsung Galaxy Amp 2 serial # R28J106R90J. IMEI # 356519076443166
2). One (1) Samsung Galaxy Amp Prime serial # R58J133PN1Y. IMEI # 356903080056455.
3). Samsung Tab serial # RF2F806LB7Z. Model # SM-T230NU
4). One (1) TCL cellular telephone serial # 015145000691499 IMEI # 015145000691499 Model # A502DL
5). One (1) Hp Officejet Pro 8600 printer/copier serial # CN340BWG7C
6). One (1) Hp (silver) laptop serial # 8CG74244VZ
7) One (1) black thumb drive
8). One (1) San Disk thumb drive
9). One (1) Hp (black) laptop serial # 5CD2265JJ3 Model # RT5390.

Received By: Lydia Denise Adkins (Signature)
Printed Name/Title: Lydia Denise Adkins, SA

Received From: (Signature)
Printed Name/Title: Lamont Hamilton